District Judge Barbara J. Rothstein
Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAIMIN JITENDRAKUMAR PATEL,

Petitioner,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Respondents.

CASE NO. 20-cv-145-BJR-MLP

STIPULATED ORDER FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the voluntary dismissal of the above-captioned action with prejudice due to lack of subject matter jurisdiction based on the Supreme Court's decision in *Dep't of Homeland Sec. v. Thuraissigiam*, No. 19-161, --- S.Ct. ----, 2020 WL 3454809 (U.S. June 25, 2020), with each party to bear their own fees or costs.  The parties also agree that the temporary stay of removal (Dkt. No. 3) be vacated.

//
//

STIPULATED ORDER FOR DISMISSAL
C20-0145-BJR-MLP - 1

Jennifer Lesmez
LAW OFFICES OF JENNIFER LESMEZ
P.O. BOX 1797
ALLYN, WA  98524
(509) 424-8697

//

Respectfully submitted,

DATED this 8th day of July, 2020.

        */s/ Jennifer Lesmez*
JENNIFER LESMEZ, WSBA #34547
Law Offices of Jennifer Lesmez
P.O. Box 1797
Allyn, WA 98524
Phone: 509-424-8697
Email: jlesmez@aol.com
*Attorney for Petitioner*

BRIAN T. MORAN
United States Attorney

*/s/ Matt Waldrop*
MATT WALDROP, Georgia Bar #349571
Assistant United States Attorney United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: james.waldrop@usdoj.gov
*Attorneys for Respondents*

STIPULATED ORDER FOR DISMISSAL
C20-0145-BJR-MLP - 2

Jennifer Lesmez
LAW OFFICES OF JENNIFER LESMEZ
P.O. BOX 1797
ALLYN, WA 98524
(509) 424-8697

**ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED and the temporary stay of removal is VACATED. The case is dismissed with prejudice due to lack of subject matter jurisdiction based on the Supreme Court's holding in *Dep't of Homeland Sec. v. Thuraissigiam*, No. 19-161, --- S.Ct. ----, 2020 WL 3454809 (U.S. June 25, 2020).

SO ORDERED.

DATED this 9th day of July, 2020.

*Barbara J. Rothstein*
_____
DISTRICT JUDGE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT